**Opinion issued August 4, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-26-00586-CV

———————————

## IN RE ESPERANZA COLIN GARFIAS, ALICIA COLIN GARFIAS, AS NEXT FRIEND OF W.E.C.E., A MINOR, AND KEITH MORRIS, ON BEHALF OF THE ESTATE OF ERIC CAMACHO COLIN, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Esperanza Colin Garfias, Alicia Colin Garfias, as next friend of

W.E.C.E., a minor, and Keith Morris, on behalf of the Estate of Eric Camacho Colin,

filed a petition for writ of mandamus asserting that the trial court failed to perform

its ministerial duty to sign an order of dismissal following a notice of nonsuit filed

by relators, and by denying relators' "Motion to Sign Dismissal and Determine Guardian Ad Litem Fees."[1]

In connection with their petition for writ of mandamus, relators also filed a "Motion for Temporary Relief." In the motion, relators requested that the Court stay the underlying trial court proceedings pending review of the petition. On June 11, 2026, the Court granted relators' motion, stayed the underlying trial court proceedings, and requested a response to the petition for writ of mandamus from real party in interest, Natalia A. Cruz, the court-appointed guardian ad litem. Cruz filed a response to the petition for writ of mandamus on July 21, 2026.

On July 23, 2026, relators filed a "Motion to Strike Tab F of [Cruz's] Supplemental Mandamus Record." In the motion, relators stated that Cruz's supplemental mandamus record included email correspondence between relators' counsel and Cruz which was "never presented to the trial court." Relators therefore requested that Tab F "be stricken" from the mandamus record.

Also on July 23, 2026, relators filed an "Emergency Motion to Restrict Remote Access, Permit Substitute Redacted Mandamus Records, and Protect [Texas Rule of Civil Procedure] 173.5 Communications." In this motion, relators noted that

---

[1] The underlying case is *Esperanza Colin Garfias, Alicia Colin Garfias, as next friend of W.E.C.E., a Minor, and Keith Morris, on Behalf of the Estate of Eric Camacho Colin*, Cause No. 2024-76394, in the 164th District Court of Harris County, Texas, the Honorable C. Elliott Thornton presiding.

2

Cruz's response and supplemental mandamus record "contain[ed] sensitive data and potentially privileged communications," including a minor child's "full name, complete date of birth, and home address." Such information is protected sensitive data which may not be publicly disclosed in filings. *See* TEX. R. APP. P. 9.9(a). Relators further state that Cruz's response and supplemental mandamus record include potentially "protect[ed] privileged documents."

Also on July 23, 2026, Cruz filed an "Emergency Motion for Leave to Substitute a Corrected Redacted Supplemental Mandamus Record, to Restrict Remote Access to the Previously Filed Version, and Response to Portions of Relators' Emergency Motion." In her motion, Cruz stated that her response and supplemental record "did not reflect the intended redactions" and that she "immediately began preparing a corrected" supplemental mandamus record.

Due to the issues addressed in the above-referenced motions filed by all parties, and to avoid any possibility of confidential or sensitive information being publicly available, we strike Cruz's July 21, 2026 response to the petition for writ of mandamus, including her supplemental mandamus record, from the Court's records.

We further conclude that relators have failed to establish they are entitled to mandamus relief, and therefore, the Court lifts the stay imposed by our June 11, 2026 order and denies relators' petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.